# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
CERETECHS, Ltd. ) ASBCA No. 60406
)
Under Contract Nos. W91B4M-10-D-4008 )
W91B4M-10-D-4015 )

APPEARANCES FOR THE APPELLANT: Gerald H. Werfel, Esq.
Ian A. Cronogue, Esq.
Baker, Cronogue, Tolle & Werfel, LLP
McLean, VA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Wayne T. Branom III, JA
Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: September 5, 2018

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60406, Appeal of CERETECHS, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals